UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-02614-PA-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the December 8, 2023 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) Defendant's Motion to Dismiss Complaint is granted; (2) the Complaint and this action are dismissed with prejudice as time-barred; and (3) Judgment be entered accordingly.

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for Plaintiff and Defendant.

IT IS SO ORDERED.

DATED: December 28, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE