UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-02614-PA-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: December 28, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.